United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NAVIGANT CONSULTING, INC.,

Plaintiff,

v.

NAVIGANT SOLUTIONS, LLC, et al.,

Defendants.

Case No. 16-CV-00126-LHK

**ORDER DIRECTING PARTIES TO
FILE A JOINT CASE MANAGEMENT
STATEMENT**

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Initial Case Management Conference set for May 4, 2016 at 2 p.m., as required under Federal Rule of Civil Procedure 26(f) and Civil Local Rule 16-9(a). The Court hereby ORDERS the parties to file one Joint Case Management Statement by Friday, April 29, 2016 at 10 a.m.

**IT IS SO ORDERED**.

Dated: April 28, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1