UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NAVIGANT CONSULTING, INC., | Case No. 16-CV-00126-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| NAVIGANT SOLUTIONS, LLC, et al., | |
| Defendants. | |

Based on the case management statement, ECF No. 29, the Court proposes the below case schedule. The parties shall file any objections to the below case schedule by Monday, May 2, 2016 at 5 p.m.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | July 15, 2016 |
| Further Case Management Conference | August 3, 2016 at 2:00 p.m. |
| Close of Fact Discovery | January 23, 2017 |
| Opening Expert Reports | March 17, 2017 |
| Rebuttal Expert Reports | April 17, 2017 |
| Close of Expert Discovery | May 1, 2017 |
| Last Day to File Dispositive Motions (one per side in the entire case) | May 4, 2017 |

1

Case No. 16-CV-00126-LHK
CASE MANAGEMENT ORDER

| Hearing on Dispositive Motions | June 15, 2017 at 1:30 p.m. |
| --- | --- |
| Final Pretrial Conference | July 27, 2017 at 1:30 p.m. |
| Jury/Bench Trial | August 14, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 29, 2016

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00126-LHK
CASE MANAGEMENT ORDER