UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NAVIGANT CONSULTING, INC., Plaintiff, v. NAVIGANT SOLUTIONS, LLC, et al., Defendants. | Case No. 16-CV-00126-LHK<br><br>**CASE MANAGEMENT ORDER** |
|---|---|

On April 29, 2016, the Court proposed the below case schedule based on the case management statement, ECF No. 29. ECF No. 30. The Court instructed the parties to file any objections to the below case schedule by Monday, May 2, 2016 at 5 p.m. No objections were filed. Accordingly, the Court adopts the below case schedule as the schedule for the case.

The case management conference set for May 4, 2016 is continued to August 3, 2016 at 2 p.m. The parties shall file their joint case management statement by July 27, 2016.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | July 15, 2016 |
| Further Case Management Conference | August 3, 2016 at 2:00 p.m. |
| Close of Fact Discovery | January 23, 2017 |
| Opening Expert Reports | March 17, 2017 |
| Rebuttal Expert Reports | April 17, 2017 |

1

Case No. 16-CV-00126-LHK
CASE MANAGEMENT ORDER

| Close of Expert Discovery | May 1, 2017 |
|---|---|
| Last Day to File Dispositive Motions (one per side in the entire case) | May 4, 2017 |
| Hearing on Dispositive Motions | June 15, 2017 at 1:30 p.m. |
| Final Pretrial Conference | July 27, 2017 at 1:30 p.m. |
| Jury/Bench Trial | August 14, 2017 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: May 3, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 16-CV-00126-LHK
CASE MANAGEMENT ORDER