Maureen Beacom Gorman, Esq.
  mgorman@marshallip.com
Illinois Bar No. 6239439
James E. Griffith (appearance *pro hac vice*)
  jgriffith@marshallip.com
Illinois Bar No. 6269854
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Telephone:  (312) 474-6300
Facsimile:  (312) 474-0448

Stephanie P. Skaff (State Bar No. 183119)
  sskaff@fbm.com
James Alexander Reese (State Bar No. 280530)
  areese@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff
NAVIGANT CONSULTING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NAVIGANT CONSULTING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIGANT SOLUTIONS, LLC, a California limited liability company, and HADI YASHRUTI, an individual,<br><br>Defendants. | Case No.  4:16-cv-00126-SBA<br><br>**Stipulation of Voluntary Dismissal Under FRCP 41(a)(1)(A)(ii)**<br><br>Complaint Filed: January 8, 2016 |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Request to Appear by Telephone
Case No. 4:16-cv-00126 LHK

32675\5436427.1

Pursuant to the settlement agreement entered into by the parties, Plaintiff Navigant Consulting, Inc., through its undersigned counsel, and Defendants Navigant Solutions LLC and Hadi Yashruti, through their undersigned counsel, hereby stipulate to dismissal of the present action, with prejudice, under Fed.R.Civ.P. 41(a)(1)(ii).  The parties shall bear their own costs and fees.

July 13, 2016

Respectfully submitted,

MARSHALL, GERSTEIN & BORUN LLP


By: /s/ *James E. Griffith*
    James E. Griffith (admitted *pro hac vice*)

    Maureen Beacom Gorman, Esq.
    mgorman@marshallip.com
    James E. Griffith, Esq.
    jgriffith@marshallip.com
    Marshall Gerstein & Borun, LLP
    6300 Willis Tower
    233 S. Wacker Drive
    Chicago, Illinois 60606
    Tel: (312)474-6300
    Fax: (312)474-0448
    *Counsel for Plaintiff*

    Stephanie P. Skaff (State Bar No. 183119)
    sskaff@fbm.com
    James Alexander Reese (State Bar No. 280530)
    areese@fbm.com
    Farella Braun + Martel LLP
    235 Montgomery Street, 17th Floor
    San Francisco, CA  94104
    Telephone:  (415) 954-4400
    Facsimile:  (415) 954-4480
    *Counsel for Plaintiff*

PARKER LAW GROUP


By: /s/ *Robert Ted Parker*
    Robert Ted Parker

    Robert Ted Parker
    tedparkerlaw@gmail.com
    Parker Law Firm

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Request to Appear by Telephone
Case No. 4:16-cv-00126 LHK

- 1 -

32675\5436427.1

CitiGroup Center
1 Sansome Street, Suite 3500
San Francisco, CA 94104
Telephone: (415)412-1615
Facsimile: (877)251-1343
*Counsel for Defendants*

# [PROPOSED] ORDER

The Court, having considered the parties' Stipulation of Voluntary Dismissal Under FRCP 41(a)(1)(A)(ii), hereby dismisses the action with prejudice.

Dated: __July 13__, 2016      *Saundra B Armstrong*
                              Honorable Saundra Armstrong
                              U.S. District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Request to Appear by Telephone
Case No. 4:16-cv-00126 LHK

- 2 -

32675\5436427.1